**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZARA USA, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No: 2:17-cv-05464-PA-MRW<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Percy Anderson* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: November 20, 2017

_____
The Honorable Percy Anderson
United States District Court Judge